UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                         Case No. 8:11–bk–01535–KRM
                                                                                         Chapter 7

Henry Arturo Valcarcel
aka Henry A. Valcarcel
aka Henry Valcarcel
10134 Lake Oak Cir
Tampa, FL 33624


                 Debtor*          /


ORDER DENYING MOTION FOR RELIEF FROM STAY

    THIS CASE came on for consideration upon the Court's own motion for the purpose of entering an appropriate order. The Court, having considered the record, finds that U S Bank National Association has filed a 4/7/2011 but said Motion is deficient as follows:

☐ The Motion has not been properly served pursuant to Fed. R. Bankr. P. 7004(b)(9) and/or Fed. R. Bankr. P. 9013 upon of Party .

☐ The Motion has not been properly served pursuant to Section 1301 of the Bankruptcy Code and Fed. R. Bankr. P. 7004(b)(1) upon the Co–debtor, .

☐ The Motion has not been properly served pursuant to Fed. R. Bankr. P. 4001(a)(1) on the Local Rule 1007–2 Parties in Interest List using a current mailing matrix obtained from the Clerk in compliance with Local Rule 7005–1(c).

☐ Proof of Service of the Motion on the Chapter 7 Trustee has not been filed with the Court, as directed by the Order Governing Procedures After Conversion to Chapter 7 Case.

☐ The prescribed filing fee of $150.00, as required by the Bankruptcy Court Fee Schedule issued in accordance with 28 U.S.C. Section 1930 was not paid.

☑ An affidavit of indebtedness or unsworn declaration of indebtedness or a certified copy of a final judgment with regard to the relief sought under Section 362(d)(1) or 362(d)(2) of the Bankruptcy Code was not filed with the Motion.

☐ The Motion is not supported by documentation establishing the moving party's legal interest in the property as to which relief is sought (e.g., in a case involving relief as to real property, the motion is not supported by an assignment of mortgage to the moving party or by a note endorsed to the moving party or endorsed in blank).

☐ An affidavit of indebtedness or unsworn declaration did not contain an original or proper electronic signature in compliance with Local Rule 9011–4.

Accordingly, it is

**ORDERED** that the deficiency(ies) as noted above hereby cause this Motion to be denied without prejudice with leave granted to submit an amended motion curing the deficiency(ies) as noted.

BY THE COURT

Dated: April 14, 2011

_____
K. Rodney May
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.